# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                                    ltrust@osbornlawpc.com

**MEMO ENDORSED**

June 30, 2026

The request is **GRANTED**. The Clerk of Court is
respectfully directed to close out the gavel on ECF No. 8.

**VIA ECF**

SO ORDERED.

Honorable Victoria Reznik
United States District Court
Southern District of New York                    Hon. Victoria Reznik, U.S.M.J.
300 Quarropas Street
White Plains, NY 10601                            Dated: 07/01/20026

      Re:    *Mcmillian v. Commissioner of Social Security,*
              Civil Action 7:26-cv-02434-KMK-VR

Dear Judge Reznik,

      We write on behalf of plaintiff, Dashawn E. Mcmillian, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on July 8, 2026 per the Court's Standing Scheduling Order. This is the parties' first request for an extension.  The reason for this request is that the undersigned is currently managing many overlapping briefing deadlines over the coming weeks.

      Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file her motion for judgment on the pleadings on or before **October 6, 2026**;

2. Defendant to file its response/cross-motion on or before **January 4, 2027**; and

3. Plaintiff to file her reply (if any) on or before **January 19, 2027.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036                Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Victoria Reznik
June 30, 2026
Page 2


Thank you for your consideration of this request.


Respectfully submitted,


s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
ltrust@osbornlawpc.com


cc: Kristina Danielle Cohn, Esq. (by ECF)